**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas FORD, Jr., Defendant–**
**Appellant.**

No. 07–15908
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2008.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

John R. Francisco, Sinnreich & Francisco, Macon, GA, for Defendant–Appellant.

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for Thomas Ford, Jr., in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ford's sentence is **AFFIRMED.**